**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Steven KRPATA, Defendant–Appellant.**

**No. 10–11322**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 14, 2010.

Robert O. Davis, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Steven Krpata, Beaumont FCI, Beaumont, TX, pro se.

Randolph P. Murrell, Gwendolyn L. Spivey, Federal Defender Office, Federal Public Defender Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, Assistant Federal Public Defender and appellate counsel for Steven Krpata in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-dent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Krpata's conviction and sentence are **AFFIRMED.**